

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/20

January 3, 2020

Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to February 13, 2020 at 10:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 3, 2020

Re: *United States v. Jose Argelis Diaz*
Case No.: 18 Cr. 640 (RA)

Dear Judge Abrams,

I was assigned to represent Jose Argelis Diaz in the above referenced matter, which is scheduled for sentencing on January 17. To date, we have not received the final Pre-Sentence Report in this matter. In order to provide sufficient time to receive the final report and review it with my client, I respectfully request a one-month adjournment.

The Government has no objection to a 2 to 4 week adjournment of the sentencing hearing.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/ Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc: Brett Kalikow, AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey
07670 Tel (201) 569-1595
Fax (201) 596-2724